**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Dennis Patrick Tolbert |
| Debtor 2 (Spouse, if filing) | Brenda Sue Tolbert |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number | 18-60610 |

Official Form 410S1

# Notice of Mortgage Payment Change           12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** CAM XI TRUST                **Court claim no.** (if known): 6-2

**Last 4 digits** of any number you use to identify the debtor's account:   7  4  5  1

**Date of payment change:**
Must be at least 21 days after date of this notice: 04/01/2023

**New total payment:**
Principal, interest, and escrow, if any    $ 487.14

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ _____       New escrow payment:  $ _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  3.000 %           New interest rate:  5.000 %
   Current principal and interest payment: $ 356.94    New principal and interest payment: $ 369.15

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____
   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1             Notice of Mortgage Payment Change              page 1

Debtor 1   **Dennis Patrick Tolbert**                                  Case number (if known) 18-60610
           First Name   Middle Name   Last Name

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ D. Anthony Sottile                                 Date  02/03/2023
Signature

Print:   D. Anthony Sottile                              Title  Authorized Agent for Creditor
         First Name   Middle Name   Last Name

Company  Sottile & Barile, LLC

Address  394 Wards Corner Road, Suite 180
         Number           Street

         Loveland                       OH       45140
         City                           State    ZIP Code

Contact phone  513-444-4100              Email  bankruptcy@sottileandbarile.com

BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
bsi.myloanweb.com

January 19, 2023

DENNIS P TOLBERT
BRENDA S TOLBERT
P O BOX 1765
ATHENS TX 75751

Loan Number:
Property Address: *CR 3700*
*MURCHISON TX 75778*

Dear  DENNIS P TOLBERT:
BRENDA S TOLBERT:

**Changes to Your Mortgage Interest Rate and Payments on 03/01/23**

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 012 month(s) period during which your interest rate stayed the same. That period ends on *03/01/23,* so on that date your interest rate and mortgage payment change.  After that, your interest rate may change every *12* month(s) for the rest of your loan term.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 3.00000% | 5.00000% |
| Principal | $     326.12 | $     319.15 |
| Interest | $      30.82 | $      50.00 |
| Escrow (Taxes and Insurance) | $     117.99 | $     117.99 |
| **Total Monthly Payment** | $     474.93 | $     487.14 due April 1, 2023 |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin."  Under your loan agreement, your index

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 10:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET). COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR SUITE# 201, AUSTIN, TEXAS 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

Page **1** of **3**

BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
bsi.myloanweb.com

rate is 5.40914% and your margin is 2.25000%.  The 1 YEAR LIBOR is published Daily in WALL STREET JOURNAL.

**Rate Limit(s):** Your rate cannot go higher than 12.87500% over the life of the loan.  Your rate can change each 012 months by no more than 2.00000%. We did not include an additional 2.62500% interest rate increase to your new rate because a rate limit applied. This additional increase may be applied to your interest rate when it adjusts again on 00/00/00.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the 1 YEAR LIBOR, your margin, 2.25000% your loan balance of $ 11999.38, and your remaining loan term of 035 months.

**Prepayment Penalty:** None

**If You Anticipate Problems Making Your Payments:**
- Contact the Customer Care Department at 1-1800-327-7861 as soon as possible.
- If you seek an alternative to upcoming changes to your interest rate and payment, the following options **may** be possible (most are subject to lender approval):
    - Refinance your loan.
    - Sell your home and use the proceeds to pay off your current loan.
    - Modify your loan terms with investor.
    - Payment forbearance temporarily gives you more time to pay your monthly payment.
- If you would like contact information for counseling agencies or program in your area, call the U.S. Department of Housing and Urban Development (HUD) at 1-800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or the U. S. Consumer Finance Protection Bureau (CFPB) at http://www.consumerfinance.gov . If you would like to contact information for state housing finance agency, contact U.S. Consumer Finance Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp.

Should you have any questions regarding this notice, please reach out to CLINT SMITH, you Single Point of Contact for this loan, at 1-866-949-0136.

BSI Financial Services
314 S Franklin St, 2nd Floor
Titusville, PA  16354
NMLS # 38078; # 842052

Licensed as Servis One, Inc. dba BSI Financial Services.
 BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 10:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET). COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR SUITE# 201, AUSTIN, TEXAS 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**BSI Financial Services**
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
bsi.myloanweb.com

If you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

GR-2003-07242017_CA08082014

**Licensed as Servis One, Inc. dba BSI Financial Services**.
 BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 10:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET). COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR SUITE# 201, AUSTIN, TEXAS 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

Page **3** of 3

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-60610 |
| Dennis Patrick Tolbert<br>Brenda Sue Tolbert | Chapter 13 |
| Debtors. | Judge Joshua Searcy |

**CERTIFICATE OF SERVICE**

I certify that on February 3, 2023, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Gordon Mosley, Debtors' Counsel
    gmosley@suddenlinkmail.com

    Lloyd KrausChapter 13 Trustee
    docs@ch13tyler.com

    Office of the United States Trustee
    (registeredaddrerss)@usdoj.gov

I further certify that on February 3, 2023, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Dennis Patrick Tolbert, Debtor
    Brenda Sue Tolbert, Debtor
    PO Box 1765
    Athens, TX 75751

| | |
|---|---|
| Dated: February 3, 2023 | /s/ D. Anthony Sottile<br>D. Anthony Sottile<br>Authorized Agent for Creditor<br>Sottile & Barile, LLC<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140<br>Phone: 513.444.4100<br>Email: bankruptcy@sottileandbarile.com |